UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

October 5, 2005

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RECEIVED
OCT 7 2005
By: U.S. Court of Appeals

RE: USA v. Alberto Rodriguez
CR04-50S

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Doreen L. Baldinelli
Doreen L. Baldinelli
DEPUTY CLERK

ENC: Certified Docket, Plaintiff's exhibits 1 and 2.

Susan Pedrazza
~~04-1198~~
05-1498

(10)