04-00050
J. Smith
05DC-RIPR

# United States Court of Appeals
## For the First Circuit

---

No. 05-1498

UNITED STATES,

Appellee,

v.

ALBERTO RODRIGUEZ,

Defendant, Appellant.

MANDATE

---

**JUDGMENT**

Entered: August 2, 2006

2006 AUG 23 P 2:08
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Alberto Rodriguez's conviction is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 8/23/06

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Ms. Griffin, Mr. Sugrue, Mr. Rose & Mr. Lockhart.]