USA
Plaintiff

VS: CR04-50S

ALBERTO RODRIGUEZ
Defendant

# EXHIBIT RECEIPT

Gun, Magazine and Bullets.

S/A ATF
~~Attorney~~ Agent

Deputy clerk