6/25/07/

"Petition for Grand Jury Transcripts in Seeking Indictment"

Now comes Defendant Alberto Rodriguez and respectfully ask,and prays,that the Honorable Court for the District of Rhode Island Grant Disclosure of the Grand Jury proceedings and Transcripts in Seeking indictment in federal case CR No.04-050-S.

I make my petition pursuant to Rule 6(e)(3)(E)(i) in search of the truth for Justice!

Respectfully Submitted.

Alberto Rodriguez