6/25/07/

** Memorandum **

The United States Attorney is the representative not of an ordinary party to a controversy,but of a sovereign whose obligation to govern impartially is as compelling as its obligation to govern at all;and whose interest,therefore,in a criminal prosecution is not that it shall win a case,but that justice shall be done.
***It is as much his duty to refrain from improper methods calculated to produce a wrongful conviction as it is to use every legitimate means to bring about a just one.,, It is equally clear that the prosecutor has the same duty to refrain from improper methods calculated to produce a wrongful indictment.
Indeed,the prosecutors duty to protect the fundamental fairness of judicial proceedings assumes special importants when he is presenting evidence to a grand jury.

The prosecutor may not mislead the Grand Jury into believing that there is probable cause to indict by withholding clear evidence. The United States Supreme Court as well as the department of justice clearly say that "when a prosecutor conducting a grand jury inquiry is personally aware of substancial evidence which directl negates the guilt of a subject of the investigation,the prosecutor must present or otherwise disclose such evidence to the grand jury before seeking an indictment against such person.,,"
U.S. Dept. of Justice, United States Attorneys,Manual,Title 9, ch. 11, 9-11-233, 88 (1988).

(IN GOD WE TRUST)

Albert Rodriguez