IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. 04-00050S |
| | ) | |
| ALBERTO RODRIGUEZ | ) | |

MOTION TO DISMISS PETITIONER'S 6(e) MOTION

Now comes the United States of America and moves to dismiss Defendant's petition to disclose grand jury transcripts in Cr. No. 04-050 for the reasons stated in the attached Memorandum of Law and Authorities.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its attorneys:

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Adi Goldstein
ADI GOLDSTEIN/RI Bar #6701
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: adi.goldstein@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 23rd day of July, 2007, I caused the within Government's Motion to Dismiss Petitioner's 6(e) Motion to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system.

The following participants have received notice via U.S. Mail:

Alberto Rodriguez
Reg. No. 05448-070
FCI Otisville
Federal Correctional Institution
P.O. Box 1000
Otisville, NY 10963

/s/ Adi Goldstein
ADI GOLDSTEIN /RI Bar #6701
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: adi.goldstein@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. 04-00050S |
| | ) | |
| ALBERTO RODRIGUEZ | ) | |

MEMORANDUM IN SUPPORT OF THE GOVERNMENT'S MOTION TO DISMISS PETITIONER'S 6(e) MOTION

Defendant Alberto Rodriguez moved pursuant to Fed.R.Crim.P 6(e) to release grand jury materials and transcripts in connection with his case. This petition should be dismissed as moot. Defendant's counsel, Robert Mann, obtained the grand jury transcript of Special Agent Kevin McNamara in pre-trial discovery. There were no additional grand jury transcripts to be disclosed. Accordingly, Defendant already has access to the grand jury proceeding in this case.

In support of his motion, Defendant alleges, without any factual support, that the prosecutor withheld exculpatory information from the grand-jury. There is a strong presumption of regularity surrounding a grand jury proceeding. In re Grand Jury Proceedings, 632 F.2d 1433 (3rd Cir. 1980); In re Inzirillo, 542 F.2d 90, 91 (1st Cir 1976). In any event, following the Supreme Court's decision in United States v. Mechanik, 475 U.S. 66, 72-73 (1986), it is quite clear that whatever infirmities existed in the grand jury presentation, they were rendered harmless by the subsequent conviction by a petit jury. See also Midland Asphalt Co. V. United States, 489 U.S. 794 (1989). In this case, the defendant was convicted of being a felon in possession of firearm following a jury-trial. The District Court denied his motion for acquittal. Defendant's conviction was affirmed by the First Circuit in a published decision on August 2, 2006. No. 05-1498. The record on appeal does not contain any allegation of grand jury abuse, misconduct,

Brady violations, or any allegations that the grand jury proceedings were deficient.

Accordingly, the instant motion is moot, frivolous, and lacks any basis in law or fact. It should be dismissed.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its attorneys:

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Adi Goldstein
ADI GOLDSTEIN/RI Bar #6701
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: adi.goldstein@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 23rd day of July, 2007, I caused the within Government's Memorandum in Support of its Motion to Dismiss Petitioner's 6(e) Motion to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system.

The following participants have received notice via U.S. Mail:

Alberto Rodriguez
Reg. No. 05448-070
FCI Otisville
Federal Correctional Institution
P.O. Box 1000
Otisville, NY 10963

/s/ Adi Goldstein
ADI GOLDSTEIN /RI Bar #6701
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: adi.goldstein@usdoj.gov