Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Alberto Rodriguez

RE: CR04-50s

USA v. Rodriguez

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on 8 / 1 / 07 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

__✓__ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

_____ 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

__✓__ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

_____ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

_____ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

_____ 10. Other_____

ENTER:

David L. Martin
United States Magistrate Judge

Date: 8-3-07

cc: Counsel of Record

"RESUBMITTED".

MOTION FOR DISCLOSURE OF GRAND JURY TRANSCRIPTS

Now Comes Defendant Alberto Rodriguez and respectfully Request's for the disclosure of grand jury Transcripts. defendant is in pursue of revealing the truth to justice regarding Prosecutorial Misconduct.in Federal Case CR NO:04-050-S.

I make my motion and request in respect to FED. R. CRIM. P. 6(e)(3)(C)(i) which permits the court to order disclosure of matters occurring before grand jury only when particularized need exists that outweighs policy of secrecy; The decision to disclose transcripts lies within the discretion of the district court, and the court may use its supervisory power to permitt disclosure of grand jury transcripts, even when no rule 6(e) exception is applicable.

For the truth being, I Alberto Rodriguez Pray that the Honorable Court Grant Full Disclosure of Grand Jury Transcripts in Truth Seeking, For Justice!

The Material sought is necessary to avoid Injustice in upcoming proceedings!

Respectfully Submitted
Alberto Rodriguez

Alberto Rodriguez