USA
Plaintiff

VS: CR04-50S

ALBERTO RODRIGUEZ
Defendant

# EXHIBIT RECEIPT

Defendant's exhibits A through D and F through H

Attorney

Deputy clerk
8/9/07