"RESUBMITTED"
"MOTION FOR DISCLOSURE OF GRAND JURY TRANSCRIPTS"

Now comes defendant Alberto Rodriguez and respectfully Request's for the disclosure of grand jury Transcripts. defendant is in pursue of revealing the truth to justice regarding Prosecutorial Misconduct, in Federal Case CR NO:04-050-S.

I make my motion and request in respect to FED. R. CRIM. P. 6(e)(3)(C)(i) which permits the court to order disclosure of matters occurring before grand jury only when particularized need exists that outweighs policy of secrecy; The decision to disclose transcripts lies within the discretion of the district court, and the court may use its supervisory power to permitt disclosure of grand jury transcripts, even when no rule 6(e) exception is applicable.

For the truth being, I Alberto Rodriguez pray that the Honorable Court Grant Full Disclosure of Grand Jury Transcripts in Truth Seeking, For Justice!
The Material sought is necessary to avoid Injustice in upcoming Proceedings!

Respectfully Submitted
Alberto Rodriguez

Alberto Rodriguez

# CERTIFICATE OF SERVICE

I Alberto Rodriguez, hereby certify under the penalty of perjury that the foregoing document MOTION FOR DISCLOSURE OF GRAND JURY TRANSCRIPTS was placed in the institutional mailroom on the 7th day of AUG and mailed to THE OFFICE OF THE CLERK FOR THE DISTRICT OF RHODE ISLAND.

Respectfully Submitted

Alberto Rodriguez
P.O. Box 1000
Otisville, N.Y. 10963.

Alberto Rodriguez