"RESUBMITTED"
"MOTION FOR DISCLOSURE OF GRAND JURY TRANSCRIPTS"

Now comes defendant Alberto Rodriguez and respectfully Request's for the disclosure of Grand Jury Transcripts. Defendant is in Pursue of Revealing the Truth to Justice Regarding Prosecutorial Misconduct , in Federal Case CR No:04-050-S.

I Make my Motion and Request in Respect to FED. R. CRIM. P. 6(e)(3)(C)(i) Which permits the Court to Order Disclosure of Matters Occurring before the Grand Jury only when Particularized Need Exists that Outweighs Policy of Secrecy; the Dicision to Disclose Transcripts lies Within the Discretion of the District Court, and the Court May use its Supervisory Power to Permitt Disclosure of Grand Jury Transcripts, Even When No Rule 6(e) Exception is Applicable.

For the Truth being, I Alberto Rodriguez Pray that the Honorable Court Grant Full Disclosure of Grand Jury Transcripts in Truth Seeking, For Justice!
The Materials Sought is Necessary to Avoid Injustice in upcoming Proceedings!

thank you.

Respectfully Submitted
Alberto Rodriguez
Alberto Rodriguez

CERTIFICATE OF SERVICE

I Alberto Rodriguez, hereby certify under the penalty of perjury that the foregoing document MOTION FOR DISCLOSURE OF GRAND JURY TRANSCRIPTS was placed into the institutional legal mailroom on the 23rd day of AUG 2007, and mailed to the OFFICE OF THE CLERK FOR THE DISTRICT OF RHODE ISLAND.

I also mailed a copy of the motion to the UNITED STATES ATTORNEY ROBERT CLARK CORRENTE 50 Kennedy Plaza, 8th Floor, Providence, R.I. 02903. I also included Certificate of Service.

Respectfully Submitted
Alberto Rodriguez
Alberto Rodriguez