USA
Plaintiff

VS: CR04-50S

ALBERTO RODRIGUEZ
Defendant

# EXHIBIT RECEIPT

Government exhibits 1 through 8

Attorney

Deputy clerk