DEMAND FOR THE DISCLOSURE OF TIMES,

GOVERNMENTS EXHIBITS TRANSCRIPTS GX-2A, GX-2B.

RE: ALBERTO RODRIGUEZ

v.

UNITED STATES OF AMERICA

1/13/08

CR. No. 04-050-S

I Alberto Rodriguez Demand the Disclosure of times of Governments Exhibits Transcripts GX-2A and GX-2B from start till finish! Defendant is in pursue of Revealing the God Honest Truth! I make my Demand in the Name of Truth-Seeking for Justice, and ask the Honorable Court to Grant Full Disclosure of both recording transmissions from begining to end.

the Truth will be Revealed !

I AM INNOCENT!

Respectful and Truthful

Alberto Rodriguez

(IN GOD WE TRUST)

Alberto Rodriguez

# CERTIFICATE OF SERVICE

I Alberto Rodriguez, hereby certify under the penalty of perjury that the foregoing DEMAND FOR THE DISCLOSURE OF TIMES OF GOVERNMENTS EXHIBITS TRANSCRIPTS GX-2A and GX-2B accompanied with TRANSCRIPTS GX-2A and GX-2B was placed into the institutional legal mailroom on the 15th day of January 2008 and mailed to THE OFFICE OF THE HONORABLE CLERK OF RHODE ISLAND, and also To The office of The UNITED STATES ATTORNEY'S OFFICE ROBERT CLARK CORRENTE, 50 KENNEDY PLAZA, EIGHTH FLOOR PROVIDENCE RHODE ISLAND 02903.

Respectfully Submitted
Alberto Rodriguez

Alberto Rodriguez

August 23, 2004 (1:45pm)
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No.04-050-S |
| | : | |
| ALBERTO RODRIGUEZ | : | |

**TRANSCRIPT**
(GX-2A)

Date: November 28, 2003

Police Dispatcher ("Dispatcher")
Patrolman Scott T. Petrocchi ("P.O. Petrocchi")

* * *

P.O. Petrocchi: 351 send some cars to Glenbridge

Police Officer No. 2: 353 on the way

Police Officer No. 3: 52 going.

P.O. Petrocchi: 351 white male subject looks like he's got a gun in his hand, he's heading towards the yard towards Barbara.

Unidentified male: Glenbridge and Barbara, white male

P.O. Petrocchi: 351. I got him apprehended, Barbara and Glenbridge.

Dispatcher: All right, one in custody Barbara and Glenbridge, 0053 [unintelligible] you receive?

* * *

9/27/04

August 23, 2004 (4:00pm)
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No.04-050-S |
| | : | |
| ALBERTO RODRIGUEZ | : | |

**TRANSCRIPT**
(GX-2B)

Patrolman Shawn Kennedy ("P.O. Kennedy")
Patrolman Scott T. Petrocchi ("P.O. Petrocchi")

* * *

P.O. Kennedy: Scott are you on?

P.O. Petrocchi: 351 on.

P.O. Kennedy: Scott we got a Glock.

P.O. Petrocchi: I saw it in his hand when I came around the corner. [unintelligible] I saw it in his hand, so ...

* * *

9/28/04
on DCB