ATTN: ANNE M.CLAYTON RPR (COURT REPORTER)
UNITED STATES DISTRICT COURTHOUSE
ONE EXCHANGE TERRACE
PROVIDENCE,RHODE ISLAND 02903.

DATE 6/19/08/

RE: ALBERTO RODRIGUEZ
PLAINTIFF - APPELANT,
v.

UNITED STATES OF AMERICA
DEFENDANT - APPELLEE.

CR NO 04-050-S.

dear court reporter clayton.

I hope my letter finds you well.

Im writing in regards of my criminal trial in which you were the stenographer in the proceedings. after viewing the trial transcripts over and over, I recognize the fact that there are several major proceedings that accured during my trial that are not on the trial transcripts that I have been provided with!

SPECIFICALLY there is no printout or transcription of the conversation between judge and jury during trial in respect of a portrait of a deceased judge that was on the wall where and while I sat at trial!

SECOND the trial transcripts are also blank in respect of a concersation between prosecutor Rose and jury, before a recess where Rose sweet talked the jury in stating: "we will have a short recess now! there is coffee, hot chocolate, and donuts in the recess room waiting for you all!

I ask you in the name of justice to use your recollection as I have used mine and admitt the truth of the facts! these proceedings did accure during my trial in the presence of the jury during my trial but have not been transcribed in the trial transcripts!
please provide me with a sworn affidavit in respect of these proceedings. in the name of god be truthfull!

THE UNITED STATES SUPREME COURT views as to what courtroom statements made by trial judge's and prosecuting attorneys during criminal trials violate due process or constitute denial of fair trials.

please get back to me as soon as possible. thank you.

RESPECTFUL AND TRUTHFUL
ALBERTO RODRIGUEZ
(IN GOD WE TRUST)

Alberto Rodriguez

CERTIFICATE OF SERVICE

I ALBERTO RODRIGUEZ hereby certify under the penalty of perjury that the foregoing letter in truthseeking was placed into the institutional legal mailroom on the 19th day of JUNE 2008 and mailed to ANNE M.CLAYTON RPR (COURT REPORTER) one exchange terrace providence, R.I. 02903. UNITED STATES DISTRICT COURT.

RESPECTFULLY SUBMITTED
ALBERTO RODRIGUEZ

Alberto Rodriguez