IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| ALBERTO RODRIGUEZ | ) | |
| | ) | |
| vs. | ) | CR. No 07-276S |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**MOTION TO CONTINUE EVIDENTIARY HEARING**

Now comes the Petitioner, Alberto Rodriguez, by and through his appointed counsel, and moves this honorable court for a continuance of the evidentiary hearing with respect to Petitioner's Motion to Vacate, Set Aside, or Otherwise Correct Sentence, pursuant to 28 U.S.C. § 2255, scheduled for August 6, 2008, for a period of sixty (60) days, or however long the court in its discretion deems appropriate. In support of this motion defendant asserts the following:

Counsel was appointed by the court to represent Petitioner on June 24, 2008. The ends of justice and the Petitioner's interest will be better served by providing additional time for counsel to familiarize himself with the record and adequately prepare for the upcoming evidentiary hearing, specifically Petitioner avers that additional time is required in order that counsel may:

1. Recall of file and obtain and review trial transcripts.
2. Review the underlying case discovery and documents and procure documents including but not limited to witness statements in support of Petitioner's contentions.
3. Review of the conduct of defense and witnesses called and examined.
4. Ascertain the efforts and investigation by defense counsel including any corroborative witnesses, and the conduct of the cross-examination.
5. Lastly, the matter presents unusual circumstances unique to this case, sufficient to require an additional amount of factual research and investigation in preparation of the Evidentiary Hearing.

For the reasons stated above, the defendant avers that the interest of justice would be served by allowing counsel additional time, to investigate the facts and circumstances more fully in order to adequately represent the defendant.

Respectfully Submitted,
Defendant Alberto Rodriguez
By his attorney,

/S/ George J. West

George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401) 861-9042
(401) 861-0330 – fax

## CERTIFICATION

I hereby certify that I cause the filing of the above Motion through the United States District Court for the District of Rhode Island's ECF System be forwarded to Adi Goldstein, Esq., A. U.S.A. at adi.goldstein@usdoj.gov on 7/21/2008.

/S/ George J West